WILLIAM E. DEVLIN, Respondent, *v.* LOUIS O. KOSEL, Appellant.

(Submitted April 25, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made February 27, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William J. Courtney* for appellant.

*William B. Hurd, Jr.,* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.